176 A.3d 219

IN THE MATTER OF STATE AND SCHOOL EMPLOYEES HEALTH BENEFITS COMMISSIONS' IMPLEMENTATION OF I/M/O PHILIP YUCHT. (CWA, AFL–CIO AND CLINICAL SOCIAL WORK GUILD 49–PETITIONERS)

C–272 September Term 2017
079966

December 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005550–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted, limited to the issue of whether the Commissions' implementation of In re Yucht, No. A–006298–10 (App. Div. Sept. 3, 2013), provided adequate notice to potentially affected members.